## Cooper & Co. *v.* Sears *et al.*

APPEAL from the County Court of Cleburne.
Tried before the Hon. T. J. BURTON.

No counsel marked as appearing for appellant.

No counsel marked as appearing for appellee.

The appeal is dismissed by appellants.

Opinion PER CURIAM.

---

## Stone *v.* The State.

APPEAL from the Criminal Court of Jefferson.
Tried before the Hon. DANIEL A. GREENE.

RICHARD H. FRIES and A. LEO OBERDORFER, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case, Robert Stone, was indicted, tried and convicted for murder and sentenced to be hanged.
The judgment of conviction is affirmed.

Opinion by SHARPE, J.

---

## Wheeler, Admr. &c. *v.* Wheeler.

APPEAL from the County Court of Cleburne.
Tried before the Hon. T. J. BURTON.

MERRILL & MERRILL, for appellants.

No counsel marked as appearing for appellee.

The appeal was dismissed.

Opinion PER CURIAM.